United States District Court
Southern District of Texas
**ENTERED**
May 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Randy William Brast, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil Action No. H-23-1332 |
| Demeris Properties, LTD., § | |
| § | |
| Defendant. § | |

## O R D E R

On May 5, 2023, Plaintiff, Randy William Brast, filed a Notice (docket no. 7) stipulating to the voluntary dismissal of this action with prejudice against Defendant, Demeris Properties, LTC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the notices and this action is hereby **DISMISSED WITH PREJUDICE** against Defendant, Demeris Properties, LTD.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 8th day of May, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE